No. 172. JOHN C. WANDS ET AL. *v.* WABASH RAILROAD COMPANY ET AL. On a certificate from the United States Circuit

Court of Appeals for the Eighth Circuit. March 9, 1908. Request of the United States ·Circuit Court of Appeals for the Eighth Circuit for leave to withdraw certificate herein granted. *Mr. Paul Bakewell* for Wands et al. *Mr. Charles C. Linthicum* and *Mr. Otto R. Barnett* for Wabash Railroad Company et al.